556

Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. James E. Fenton* for petitioner. No appearance for respondent.

No. 375. FOWLER *v.* AMERICAN MAIL LINE, LTD., ET AL. October 8, 1934. Petition for writ of ceritorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. H. W. Hutton* for petitioner. No appearance for respondents.

No. 384. WOHLFELD *v.* NEW YORK. October 8, 1934. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. Robert Wohlfeld, pro se.* No appearance for respondent.

No. 389. WHITFIELD *v.* NORTH CAROLINA. October 8, 1934. Petition for writ of certiorari to the Supreme Court of North Carolina, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. Frank P. Hobgood* for petitioner. No appearance for respondent.

No. 303. GASS *v.* WETMORE ET AL. October 8, 1934. Petition for writ of certiorari to the Supreme Court of New York denied. MR. JUSTICE STONE took no part in the consideration or decision of this application. *Mr. John J. Curtin* for petitioner. *Mr. R. Randolph Hicks* for respondents.